No. 4898.—MALDONADO, apldo., *v.* ARRUFAT, aplte.—C. D. San Juan. ▆▆▆▆▆▆▆ Feb. 19, 1929.

POR CUANTO, aparece de la moción jurada y de la certificación que se le acompaña que en este caso la corte de distrito de San Juan, dictó sentencia contra el demandado, y éste apeló en 29 de enero de 1927, obteniendo luego de la corte prórrogas para la exposición del caso, hasta un total de ciento cincuenta y cinco días; y que presentada la exposición, se pasó por orden del Juez, al ex-juez Sr. Miguel A. Muñoz, para su aprobación; y que tal orden de 30 de julio de 1927 fué cumplida;

POR CUANTO, de los mismos documentos antes relacionados aparece que el apelante desde 30 de julio de 1927 no ha hecho gestión alguna para la aprobación de la exposición;

POR CUANTO, no aparece que el apelante haya presentado ante este tribunal la exposición del caso, ni la transcripción de autos, ni pedido prórroga alguna:

POR TANTO, a petición de la parte apelada se desestima la apelación en este caso.